

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00592-CV

Thelma **ARANDA**,
Appellant

v.

Ruben **QUESADA**, Jr.,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 12-12-00427CVF
Honorable Stella Saxon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant.

SIGNED January 15, 2014.

Catherine Stone, Chief Justice